IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDRE S KINARD,<br><br>           Plaintiff,<br><br>      v.<br><br>CAMDEN COUNTY JAIL,<br><br>           Defendant. | Civil Action<br>No. 16-7045(JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

   Plaintiff Andre S. Kinard seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

   Plaintiff did not submit a complete application as several pages are blank. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

   An appropriate order follows.

**December 9, 2016**          s/ Jerome B. Simandle
Date                          JEROME B. SIMANDLE
                              Chief U.S. District Judge